# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONICA McCOLLUM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of | : | |
| Social Security | : | NO. 21-5489 |

## ORDER OF JUDGMENT

SCOTT W. REID, J.

AND NOW, this 13th day of June, 2022, it is hereby ORDERED that Claimant's Request for Review is GRANTED IN PART and the matter REMANDED TO THE AGENCY for the taking of evidence from an independent medical consultant;

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:

*/s/ Scott W. Reid*

_____

SCOTT W. REID, J.
UNITED STATES MAGISTRAGE JUDGE